# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

In re:                                                  Case No.: 3:18-bk-31137 amn

**ANTHONY WILLIAM RICH JR.**                            Chapter: 7

               Debtor.                    ECF No. 19
_____/

## AMENDED MOTION TO RE-OPEN BANKRUPTCY CASE

**COMES NOW** the Debtor-Movant in the above-captioned action, **ANTHONY WILLIAM RICH JR.**, by and through undersigned Counsel, and hereby Respectfully Moves this Honorable Court for an Order Re-Opening the Debtor's Chapter 7 bankruptcy case in order to file Form 423 and the Debtor's Certificate of Completion of Personal Financial Management course, pursuant to 11 U.S.C. §350(b) and *Fed. R. Bankr. P.* 5010.

In support hereof, Debtor-Movant Respectfully Represents as follows:

### JURISDICTION AND VENUE

1. This Honorable Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 & 1334.  This is a "core proceeding" pursuant to 28 U.S.C. § 157(b)(2)(B).  Venue of Debtor's Chapter 7 case and this matter in this District is proper pursuant to 28 U.S.C. §§ 1408 & 1409.

2. Debtor resides in Wallingford, Connecticut, and Debtor does not constitute a "single asset real estate" as that term is defined in 11 U.S.C. § 101.



INZITARI LAW OFFICE, LLC
PO BOX 261392
HARTFORD, CT 06126-1392
TEL: (860) 863-4574
FAX: (860) 863-4625
FIRM JURIS NO. 434419

- 1 -

## BASIS FOR RELIEF

3. The statutory predicate for the relief sought by Debtor is 11 U.S.C. § 350(b) and *Fed. R. Bankr. P.* 5010;

4. Section 350(b) of the Bankruptcy Code provides that:

   **A case may be reopened in the court in which such case was closed to administer assets, to accord relief to the debtor, or for other cause;**

5. Rule 5010 of the *Federal Rules of Bankruptcy Procedure* provides that,

   **A case may be reopened on motion of the debtor or other party in interest pursuant to § 350(b) of the Code. In a chapter 7, 12, or 13 case a trustee shall not be appointed by the United States trustee unless the court determines that a trustee is necessary to protect the interests of creditors and the debtor or to insure efficient administration of the case;**

## ARGUMENT

6. Debtor-Movant filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code, on **JULY 9, 2018**;

7. Barbara H. Katz, Esq. was appointed Trustee on July 9, 2018;

8. A § 341(a) Meeting was set for August 14, 2018 and the Meeting was held at that time;

9. Objections to Discharge were due to this Honorable Court by October 15, 2018;

10. On **November 13, 2018**, the Trustee filed a Report of No Distribution;

11. Debtor's Bankruptcy was a No-Asset Chapter 7;



INZITARI LAW OFFICE, LLC
PO BOX 261392
HARTFORD, CT 06126-1392
TEL: (860) 863-4574
FAX: (860) 863-4625
FIRM JURIS NO. 434419

12. The Debtor's Bankruptcy case was closed on October 17, 2018, without a discharge entering due to Debtor's failure to file Certification About a Financial Management Course (Official Form B423) proving compliance with the required instructional course requirement for discharge;

13. Debtor has completed the Personal Financial Management course (Form 423 and the Debtor's Certificate of Completion of Personal Financial Management course are appended hereto);

14. Debtor hereby moves this Honorable Court to re-open the bankruptcy case at bar for purposes of filing the Debtor's Form 423 and Certificate of Completion of Personal Financial Management course;

**WHEREFORE**, for the foregoing reasons, the Debtor-Movant hereby Respectfully Moves this Honorable Court to **RE-OPEN** Debtor's Chapter 7 Bankruptcy Case pursuant to 11 U.S.C. § 350(b) and *Fed. R. Bankr. P.* 5010.

Dated at <u>GUILFORD, CONNECTICUT</u> this <u>25th</u> day of <u>FEBRUARY</u>, <u>2019</u>.

RESPECTFULLY SUBMITTED,
THE DEBTOR, ANTHONY RICH,
BY HIS ATTORNEY,

*/s/ Michael J. Habib*
**MICHAEL J. HABIB, ESQ.** (CT29412)
Inzitari Law Office, LLC
P.O. Box 261392
Hartford, CT 06126-1392
Tel: (860) 863-4574
Fax: (860) 863-4625
E-Mail: Mike@InzitariLawOffice.com

INZITARI LAW OFFICE, LLC
PO BOX 261392
HARTFORD, CT 06126-1392
TEL: (860) 863-4574
FAX: (860) 863-4625
FIRM JURIS NO. 434419

Fill in this information to identify the case:

Debtor 1 __ANTHONY WILLIAM RICH JR.__
            First Name      Middle Name      Last Name

Debtor 2 _____
(Spouse, if filing) First Name  Middle Name  Last Name

United States Bankruptcy Court for the: District of Connecticut

Case number 18-31137
(If known)

Official Form 423

# Certification About a Financial Management Course     12/15

If you are an individual, you must take an approved course about personal financial management if:
- you filed for bankruptcy under chapter 7 or 13, or
- you filed for bankruptcy under chapter 11 and § 1141 (d)(3) applies.

In a joint case, each debtor must take the course. 11 U.S.C. §§ 727(a)(11) and 1328(g).

After you finish the course, the provider will give you a certificate. The provider may notify the court that you have completed the course. If the provider does notify the court, you need not file this form. If the provider does not notify the court, then Debtor 1 and Debtor 2 must each file this form with the certificate number before your debts will be discharged.

- If you filed under chapter 7 and you need to file this form, file it within 60 days after the first date set for the meeting of creditors under § 341 of the Bankruptcy Code.
- If you filed under chapter 11 or 13 and you need to file this form, file it before you make the last payment that your plan requires or before you file a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Bankruptcy Code. Fed. R. Bankr. P. 1007(c).

In some cases, the court can waive the requirement to take the financial management course. To have the requirement waived, you must file a motion with the court and obtain a court order.

## Part 1: Tell the Court About the Required Course

You must check one:

☑ **I completed an approved course in personal financial management:**

    Date I took the course    11/29/2018
                            MM / DD / YYYY

    Name of approved provider    SAGE PERSONAL FINANCE

    Certificate number    05781-CT-DE-031965382

☐ **I am not required to complete a course in personal financial management because the court has granted my motion for a waiver of the requirement based on** *(check one)*:

    ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

    ☐ **Disability.** My physical disability causes me to be unable to complete a course in personal financial management in person, by phone, or through the internet, even after I reasonably tried to do so.

    ☐ **Active duty.** I am currently on active military duty in a military combat zone.

    ☐ **Residence.** I live in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses cannot adequately meet my needs.

## Part 2: Sign Here

I certify that the information I have provided is true and correct.

/S/ Anthony William Rich, Jr.        Anthony William Rich Jr.     Date 02/22/2019
Signature of debtor named on certificate     Printed name of debtor               MM / DD / YYYY

Official Form 423             Certification About a Financial Management Course

Certificate Number: 05781-CT-DE-031965382

Bankruptcy Case Number: 18-31137


05781-CT-DE-031965382

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 29, 2018, at 1:44 o'clock PM PST, Anthony Rich completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of Connecticut.

Date:   November 29, 2018              By:   /s/Allison M Geving

                                        Name: Allison M Geving

                                        Title: President

# United States Bankruptcy Court

## District of Connecticut



In re: **ANTHONY WILLIAM RICH JR.**

    Debtor*

Case Number: **3:18-bk-31137 amn**
Chapter: **7**

### ORDER GRANTING MOTION TO REOPEN CASE

Pursuant to 11 U.S.C. § 350(b) and Federal Rule of Bankruptcy Procedure 5010, (the "Movant"), filed a Motion to Reopen the above−referenced case (the "Motion", ECF No. ). After notice of hearing, it appearing that the relief sought in the Motion should be granted; it is hereby

    **ORDERED:** The Motion is **GRANTED** and the case is reopened; and it is further

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

*For the purposes of this order, "Debtor" means "Debtors" where applicable.

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re: | Case No.: 3:18-bk-31137 |
| **ANTHONY RICH** | Chapter: 7 |
| Debtor. | ECF No. 19 |
| _____/ | |

## NOTICE OF CONTESTED MATTER RESPONSE DATE

**ANTHONY RICH**, (the "Movant") has filed a **MOTION TO RE-OPEN BANKRUPTCY** (the "Contested Matter") with the U.S. Bankruptcy Court.

Notice is hereby given that any response to the Contested Matter must be filed with the Court no later than **MARCH 18, 2019**, in accordance with Federal Rules of Bankruptcy Procedure 2002(a) and 9014.*

In the absence of a timely filed response, the proposed order in the Contested Matter *may* enter without further notice and hearing, *see,* 11 U.S.C. § 102(1).

Dated: **FEBRUARY 25, 2019**     By: **ANTHONY WILLIAM RICH JR.**, Debtor-Movant

*Pursuant to Federal Rule of Bankruptcy Procedure 9006(f), if service is made by mail, three days are added after the response date set in this notice.



INZITARI LAW OFFICE, LLC
PO BOX 261392
HARTFORD, CT 06126-1392
TEL: (860) 863-4574
FAX: (860) 863-4625
FIRM JURIS NO. 434419