# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re: | Case No.: 3:18-bk-31137 amn |
| **ANTHONY WILLIAM RICH JR.** | Chapter: 7 |
| Debtor. | ECF No.: 20 |
| _____/ | |

## AMENDED CERTIFICATE OF SERVICE

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002 and 7004, the undersigned certifies that on the **25**[th] day of **FEBRUARY**, **2019**, the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system, or by first class mail on the parties listed in section 2 below.

1. **Documents Served:**

    1. Motion to Re-Open Bankruptcy (ECF No. 19)

    2. Proposed Order (ECF No. 19)

    3. Notice of Contested Matter Response Date (ECF No. 19)

2. **Parties Served via First Class Mail:**

| | |
|---|---|
| 1. Anthony William Rich Jr.<br>   11 Nathans Path<br>   Wallingford, CT 06492 | 2. American Medical Response<br>   Attn: Edward Van Horne, CEO<br>   6363 S Fiddlers Green Cir 14th Flr<br>   Englewood, CO 80111 |
| 3. Bendett & McHugh PC<br>   Attn: Nicole M. FitzGerald, Esq.<br>   270 Farmington Ave Ste 151<br>   Farmington, CT 06032-1926 | 4. Enterprise Rent-A-Car<br>   Attn: David K. Nestor, Sr. V.P.<br>   600 Corporate Park Drive<br>   Saint Louis, MO 63105 |



INZITARI LAW OFFICE, LLC
PO BOX 261392
HARTFORD, CT 06126-1392
TEL: (860) 863-4574
FAX: (860) 863-4625
FIRM JURIS NO. 434419

5. BCAT 2017-19TT
   c/o Wilmington Savng. Fund Scty FSB
   d/b/a Christiana Trust, Trustee
   Attn: Louis W. Geibel, President
   500 Delaware Ave., 11th Flr.
   Wilmington, DE 19801

6. CT Dept. of Revenue Srvcs.
   Bankruptcy Unit
   Attn: Pamela D. Calachan
   450 Columbus Blvd Ste 1
   Hartford, CT 06103-1837

7. Ford Motor Credit Company LLC
   Attn: David McClelland, CEO
   PO Box 537901
   Livonia, MI 48153-7901

8. Internal Revenue Service
   Attn: Central. Insolvency Operation
   PO Box 7346
   Philadelphia, PA 19101-7346

9. Robert A. Johnson, CPA, LLC
   Attn: Robert A. Johnson
   99 Cherry St.
   Milford, CT 06460

10. Selene Finance LP
    Attn: Joseph Pensabene, CEO
    9990 Richmond Ave Ste 400
    Houston, TX 77042-4546

11. Tony's Trucking CO., Inc.
    Attn: Richard Pulcinella, Owner
    PO Box 2275
    Meriden, CT 06450

12. Town of Jefferson, Maine
    Attn: Ann Bond, Tax Collector
    PO Box 77
    Jefferson, ME 04348

13. Town of Wallingford
    Tax Collection Office
    Attn: Jo-Anne Rusczek, Tax Collector
    45 S Main St Rm 209
    Wallingford, CT 06492-4201

14. Wallingford Electric Division
    Attn: Tony Buccheri, Gen. Mgr.
    100 John St
    Wallingford, CT 06492-4410

Dated at **GUILFORD, CONNECTICUT** this **25th** day of **FEBRUARY**, **2019**.

_____
**MICHAEL J. HABIB, ESQ.** (CT29412)

INZITARI LAW OFFICE, LLC
PO BOX 261392
HARTFORD, CT 06126-1392
TEL: (860) 863-4574
FAX: (860) 863-4625
FIRM JURIS NO. 434419