# United States Bankruptcy Court
# District of Connecticut



In re:

Anthony William Rich, Jr.

Debtor*

Case Number: 18-31137

Chapter: 7

## ORDER GRANTING AMENDED MOTION TO REOPEN CASE

Pursuant to 11 U.S.C. § 350(b) and Federal Rule of Bankruptcy Procedure 5010, Anthony William Rich, Jr. (the "Movant"), filed an Amended Motion to Reopen the above-referenced case (the "Motion", ECF No. 19). After notice of hearing, see 11 U.S.C. § 102(1), and in compliance with the Court's Contested Matter Procedure, it appearing that the relief sought in the Motion should be granted; it is hereby

**ORDERED:** The Motion is **GRANTED** and the case is reopened.

Dated:   March 22, 2019

BY THE COURT

*Ann M. Nevins*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
157 Church Street, 18th Floor
New Haven, CT  06510

* For the purposes of this order, "Debtor" means "Debtors" where applicable.